ACCEPTED
14-14-00855-cv
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
10/28/2015 11:43:38 AM
CHRISTOPHER PRINE
CLERK

## DOUGLAS R. LITTLE

ATTORNEY AT LAW

THE LYRIC CENTRE, SUITE 900

440 LOUISIANA STREET

HOUSTON, TEXAS 77002

713.275.2069

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
10/28/2015 11:43:38 AM
CHRISTOPHER A. PRINE
Clerk

October 28, 2015

*VIA EFILETEX.GOV*

Christopher A. Prine, Clerk
Fourteenth Court of Appeals
301 Fannin Street, Suite 245
Houston, Texas 77002

     Re:  *Adeel Zaidi, et al. v. Pankaj K. Shah, et al.*
         Cause No. 14-14-00855-CV
         Trial Court Cause No. 2009-02578

Dear Mr. Prine:

     Pursuant to the Court's letter notice of September 24, 2015, this is Appellants' notice that this case will be argued for Appellants by Robin Harrison and Douglas R. Little.

     Thank you in advance for your attention to this matter. Please advise if we can provide additional information.

                Very truly yours,

                Douglas R. Little

DRL/bms

cc:  Andrew Meade
      Meade, Hawash, et al.

      Robin Harrison